UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GOVERNMENT ACCOUNTABILITY & OVERSIGHT,

*Plaintiff,*

v.

DEPARTMENT OF JUSTICE,

*Defendant.*

Civil Action No. 26-0590 (CJN)

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Devin Iorio and remove the appearance of Assistant United States Attorney Saifuddin Kalolwala as counsel for Defendant in the above-captioned case.

Dated: October 14, 2026

Respectfully submitted,

By: *\/s\/ Devin Iorio*

DEVIN IORIO
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
202-252-0840

*Attorney for the United States of America*