UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOVERNMENT ACCOUNTABILITY & OVERSIGHT,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>Defendant. | Civil Action No. 26-0590 (CJN) |

**JOINT STATUS REPORT**

Pursuant to the Court's Order dated May 8, 2026, the parties, through undersigned counsel, respectfully submit this Joint Status Report in the above-captioned case.

Plaintiff submitted a Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, *et seq*., request to the Department of Justice (the "Department"), seeking records from the Department's Office of Information Policy ("OIP") related to email correspondence over a specified period of three political appointees containing one or more key search terms. *See generally*, Compl. (ECF No. 1). Plaintiff filed the instant Complaint on February 24, 2026. The Department filed its Answer on March 26, 2026 (ECF No. 4).

The parties engaged in good-faith discussions to narrow or clarify the scope of Plaintiff's request and agreed to scope out certain portions of multi-subject documents not responsive to Plaintiff's FOIA request. On June 10, 2026, OIP issued its final response to Plaintiff's request. Subsequently, Plaintiff informed Defendant that the production had not been received and requested that it be resent. Defendant resent on August 27, 2026, and Plaintiff confirmed receipt. Plaintiff sent questions regarding this production and the withholdings on September 2, 2026, and Defendant responded through its newly-assigned counsel on October 27, 2026. The parties are

continuing to confer as to whether any outstanding issues may be resolved without the need for briefing.

The parties respectfully propose that they file another Joint Status Report within sixty days, on or before Monday, December 28, 2026.

Dated: October 27, 2026
Washington, D.C

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ *Devin Iorio*
DEVIN IORIO, D.C. Bar No. 90028306
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
601 D Street, NW
Washington, DC 20530
202- 252-0840

*Attorneys for the United States of America*

/s/ Matthew D. Hardin
Matthew D. Hardin, D.C. Bar No. 1032711
Hardin Law Office
101 Rainbow Drive # 11506
Livingston, TX 77399
Tel: (202) 802-1948
MatthewDHardin@gmail.com

*Counsel for Plaintiff*